```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _10/13/2020_
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
GIANNIS ANTETOKOUNMPO,

                     Plaintiff,

     -against-                               20 Civ. 6218 (AT)

PAUL JOSEPH O'ROURKE,                **ORDER**

                     Defendant.

ANALISA TORRES, District Judge:

       The initial pretrial conference scheduled for October 19, 2020, is ADJOURNED *sine die*. The deadline to submit a joint letter and proposed case management plan is ADJOURNED *sine die*.

       SO ORDERED.

Dated: October 13, 2020
       New York, New York

                                       ANALISA TORRES
                               United States District Judge